UNITED STATES of America,
Plaintiff–Appellee,

v.

Lawrence SCHECHTMAN,
Defendant–Appellant.

No. 14–13778
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

June 2, 2015.

Wifredo A. Ferrer, Vivian Rosado, U.S. Attorney's Office, Miami, FL, Ann Marie Christine Villafana, U.S. Attorney's Office, West Palm Beach, FL, for Plaintiff–Appellee.

Richard Lawrence Rosenbaum, Law Offices of Richard Rosenbaum, Fort Lauderdale, FL, for Defendant–Appellant.

Before WILLIAM PRYOR, MARTIN and ANDERSON, Circuit Judges.

PER CURIAM:

Richard L. Rosenbaum, appointed counsel for Lawrence Schechtman in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Schechtman's convictions and sentences are **AFFIRMED**.